# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 5, 2023

## NO. 03-21-00034-CV

**Pedernales Electric Cooperative, Inc., Appellant**

**v.**

**Samuel S. White, Janette Barlow, Gregory Colon, and Stephanie Colon, Appellees**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on January 11, 2021. Appellant has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.